[22, 25]

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| RENZER BELL, d/b/a NAKHI GENERAL INVESTMENT, | : | Civil Action No. 05-2262 (FLW) |
| Plaintiff, | : | |
| v. | : | **ORDER** |
| UNITED AUTO GROUP, INC. AND CLASSIC AUTO GROUP, INC. | : | |
| Defendants. | : | |

This matter having been opened to the Court upon the motion for partial summary judgment filed by Stephen Traflet, Esq., attorney for Defendants United Auto Group, Inc. and Classic Auto Group, Inc., and the motion for leave to file an amended complaint filed by Plaintiff Renzer Bell, pro se; the Court having considered Defendants' moving, opposition and reply papers, and Plaintiff's moving and opposition papers, as well as his other submissions; this matter having been considered pursuant to Fed. R. Civ. P. 78; for the reasons expressed in the Court's Opinion filed herewith; and for good cause shown,

IT IS on this 30th day of January, 2006,

**ORDERED** that Defendants' motion for partial summary judgment is **GRANTED**; and it is further,

**ORDERED** that Plaintiff's motion for leave to file an amended complaint is **DENIED.**

S/ Freda L. Wolfson
Freda L. Wolfson, U.S.D.J.