UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

<u>No. 07-4067</u>

Bell

vs.

United Auto Grp, et al.

Renzer Bell, Appellant

(New Jersey District Civil No. 05-cv-02262)

**O R D E R**

Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR Misc. 107.2,

It is  O R D E R E D  that the above-entitled case is hereby dismissed for failure to timely prosecute;

It is FURTHER  O R D E R E D that a certified copy of this order be issued forthwith as the mandate.

For the Court,

*Marcia M. Waldron*

Clerk

Date: December 31, 2007

cc:
    Renzer Bell
    Stephen G. Traflet, Esq.

**A True Copy:**

*Marcia M. Waldron*

Marcia M. Waldron, Clerk